

Entered on Docket
May 21, 2010

_____
                 Hon. Linda B. Riegle
         United States Bankruptcy Judge
_____

**RICHARD E. HAWKINS, ESQ.**                      E-Filed on:
State Bar No. 3731
**HAWKINS LAW FIRM**
4680 Polaris St.
Suite 250
Las Vegas, Nevada 89103
(702) 508-8462
HawkinsLawFirm@gmail.com,
Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re:  Marilyn Froese, | ) | BK-S-09-31177-LBR |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR(S). | ) | |

**ORDER APPROVING DEBTOR'S EX-PARTE MOTION FOR AN ORDER REOPENING CASE PURSUANT TO 11 U.S.C. § 350(b)**

     The Court having reviewed the Debtor's Ex-Parte Motion For An Order Reopening Case Pursuant to 11 U.S.C. §350(b), the Debtor, Marilyn Froese  praying for the Court to reopen his Chapter 7 case for the purpose of filing the certificate of completion of the Instructional Course

Concerning Personal Financial Management, and that his discharge be entered in the ordinary course and good cause appearing therefore:

IT IS HEREBY ORDERED that the Debtor's Ex-Parte Motion For An Order Reopening Case Pursuant to 11 U.S.C. § 350(b) is granted that the case is re-opened and that the Debtor is allowed to file his certification of completion of the Instructional Course Concerning Personal Financial Management and that his discharge is entered in the ordinary course.

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this 12th day of May, 2010.

HAWKINS LAW FIRM

BY     /s/ Richard E. Hawkins, Esq.
RICHARD E. HAWKINS, ESQ.
4680 Polaris St.
Suite 250
Las Vegas, Nevada 89103
Attorney for the Debtor(s)